No. 3219.—Widow Louis Delacroix *v.* Mary M. Hart.—Martha J. Barrow, Garnishee.

No judgment can be legally rendered against the wife on interrogatories that have been served on her as garnishee, until she has been authorized by her husband or the judge to appear and make answer to the interrogatories. A judgment taken against her, *pro confessis*, without her being properly authorized, is null.

APPEAL from the Fifth District Court, parish of Iberville. *Posey,* J. S. *Matthews,* for plaintiff. *Barrow & Pope,* for garnishee and appellant.

Howell, J. Mrs. Martha J. Barrow, a married woman, has appealed from a judgment recovered against her as garnishee under a garnishment process issued upon a writ of *fieri facias* herein, and urges as error that she was not authorized by her husband or the court to appear and stand in judgment.

A careful examination of the record shows this error to exist. No writ or process of any kind was served upon the husband; no order was made to authorize Mrs. Barrow to stand in judgment, and her husband made no appearance to authorize his wife, until they both appeared to ask for an appeal from the judgment rendered upon interrogatories taken *pro confessis.*

The case must be remanded, to enable the plaintiff to remedy the defect. As the appellant was not properly before the court, we can not pass on any other questions presented.

It is therefore ordered that the judgment appealed from be set aside and this cause remanded to the lower court, to be proceeded with according to law; plaintiff and appellee to pay costs of appeal.